UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS TRUJILLO-LOPEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF VALLEJO, VALLEJO POLICE DEPARTMENT, POLICE OFFICER ROBERT DEMARCO, CHIEF OF POLICE ANDREW BIDOU, and Does 1-100,<br><br>    Defendants. | Case No. 20-cv-02139-JSW<br><br>**ORDER TO DEFENDANTS TO SHOW CAUSE REGARDING VENUE**<br><br>Re: Dkt. No. 22 |

On July 18, 2022, Defendants filed a motion to dismiss following the Court's lift of the stay in the case. Defendants argue that the Court should dismiss the case for improper venue, in accordance with Federal Rule of Civil Procedure 12(b)(3). Defendant contends that venue is improper because (1) none of the events leading to the suit occurred in this District, and (2) no Defendant resides within this District. However, Defendants' motion only mentioned the domicile of Defendant City of Vallejo and did not provide the domicile of Defendants DeMarco or Bidou.

The Court HEREBY ORDERS Defendants to show cause in writing regarding the domicile, at the time the suit was initiated, of each named Defendant for purposes of determining if venue is proper pursuant to 28 U.S.C. section 1391. Defendants' response to this Order to Show Cause shall be due by October 17, 2022.

**IT IS SO ORDERED**.

Dated: October 13, 2022

_____
JEFFREY S. WHITE
United States District Judge