PAMELA K. GRAHAM, State Bar No. 216309
PGraham@chwlaw.us
ANDREW C. RAWCLIFFE, State Bar No. 259224
ARawcliffe@chwlaw.us
MATTHEW C. SLENTZ, State Bar No. 285143
MSlentz@chwlaw.us
**COLANTUONO, HIGHSMITH & WHATLEY, PC**
420 Sierra College Drive, Suite 140
Grass Valley, California 95945-5091
Telephone:  (530) 432-7357
Facsimile:   (530) 432-7356

VERONICA NEBB, State Bar No. 140001
veronica.nebb@cityofvallejo.net
FARRAH HUSSEIN, State Bar No. 305726
farrah.hussein@cityofvallejo.net
**CITY OF VALLEJO, City Hall**
555 Santa Clara Street
Vallejo, California 94590
Telephone:  (707) 648-4545
Facsimile:   (707) 648-4687

Attorneys for Defendants
CITY OF VALLEJO, VALLEJO POLICE DEPARTMENT, OFFICER ROBERT DEMARCO, AND ANDREW BIDOU

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS TRUJILLO-LOPEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>CITY OF VALLEJO, VALLEJO POLICE DEPARTMENT, POLICE OFFICER ROBERT DEMARCO, CHIEF OF POLICE ANDREW BIDOU, and DOES 1–100,<br><br>   Defendants. | **CASE NO.: 4:20-cv-02139-JSW**<br><br>Assigned to the Hon. Jeffrey S. White<br><br>**DEFENDANT'S REPLY TO ORDER TO SHOW CAUSE AND WITHDRAWAL OF OBJECTION TO VENUE**<br><br>Ctrm:         5<br>Filing Date:   March 27, 2020 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

The City of Vallejo ("City") filed a Motion To Dismiss, or, in the Alternative to Strike Portions of Complaint (Doc. No. 22) asserting, inter alia, that venue in the Northern District of California is improper under 28 U.S.C. § 1391, as the City of Vallejo is a public entity located and wholly operating in Solano County, California, and every alleged event or omission giving rise to the claims in the Complaint occurred in Solano County. Plaintiffs Opposition was filed on August 1, 2022 (Doc. No. 26) and Defendant's Reply was filed on August 8, 2022 (Doc. No. 31). On October 13, 2022, the Court issued an Order to Show Cause to the City to "show cause in writing regarding the domicile, at the time the suit was initiated, of each named Defendant for purposes of determining if venue is proper pursuant to 28 U.S.C. section 1391." (Doc. No. 34.)

The City subsequently determined that when the suit was filed on March 27, 2020, Defendant Officer Robert DeMarco resided in Sonoma County, making venue in the Northern District of California Proper. 28 U.S.C. § 1391(b), (c)(2). Defendants therefore withdraw their objections to venue in the Northern District of California, and request that a hearing be set on the other grounds raised in the City's Motion.

DATED:  October 17, 2022

**COLANTUONO, HIGHSMITH & WHATLEY, PC**

*/s/ Pamela K. Graham*
PAMELA K. GRAHAM
ANDREW C. RAWCLIFFE
MATTHEW SLENTZ
Attorneys for Defendants
CITY OF VALLEJO, VALLEJO POLICE DEPARTMENT, OFFICER ROBERT DEMARCO AND FORMER CHIEF OF POLICE ANDREW BIDOU